Kathleen Maylin (SBN 155371)
Mia N. Tucker (SBN 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: MaylinK@jacksonlewis.com
       Mia.Tucker@jacksonlewis.com

Attorneys for Defendant
24 HOUR FITNESS USA, INC. (erroneously sued
as "24 HR Fitness")

Carl Alfred Lindstrom Jr
LINDSTROM LAW OFFICES
1975 Hamilton Avenue, Suite 27
San Jose, California 95125
Telephone: (408) 540-7164
Facsimile: (408) 351-0510
Email: lindyjr@lindstromlaw.com

Attorneys for Plaintiff
SUSAN PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SUSAN PEREZ, | No. C 11-03078 PSG |
|---|---|
| Plaintiff, | STIPULATION RE DISMISSAL OF ACTION AND REFERRAL TO BINDING ARBITRATION; [PROPOSED] ORDER |
| v. | |
| 24 HR FITNESS, | |
| Defendant. | Complaint filed: June 22, 2011 |

TO THE HONORABLE COURT:

WHEREAS on October 23, 2000 and January 25, 2005, Plaintiff SUSAN PEREZ ("Plaintiff") signed acknowledgements agreeing to arbitrate any dispute, claim or controversy arising out of her employment (or termination of employment) with her former employer, 24 Hour Fitness USA, Inc. ("24 Hour Fitness") (erroneously sued herein as "24 HR Fitness")

STIPULATION RE DISMISSAL OF ACTION AND
REFERRAL TO BINDING ARBITRATION;
[PROPOSED] ORDER                             1                      (No. C 11-03078 PSG)

1  (collectively "the Parties"), and to submit the dispute to a neutral arbitrator for resolution via
2  binding arbitration.
3        WHEREAS on June 22, 2011, Plaintiff Susan Perez filed a Complaint ("Complaint") in
4  the United States District Court, Northern District of California, alleging age discrimination
5  against 24 Hour Fitness.
6        WHEREAS on September 12, 2011, Plaintiff agreed to dismiss this civil action and
7  submit her claim to final and binding arbitration pursuant to the terms of the Parties' employment
8  agreement.
9        IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their
10 respective counsel of record:
11   1.  This action be dismissed to allow the parties to submit to binding arbitration
12       pursuant to contractual agreement
13   2.  The parties will refer this matter for binding arbitration before a mutually agreed
14       upon arbitrator at JAMS San Francisco.
15 IT IS SO STIPULATED:

17 Date: September ___, 2011        JACKSON LEWIS LLP

19                                       By: _____
20                                          Kathleen Maylin
                                          Mia N. Tucker
21                                          Attorneys for Defendant
                                         24 HOUR FITNESS USA, INC.
22                                          (erroneously sued as "24 HR Fitness")

23 Date: September 14, 2011        LINDSTROM LAW OFFICES

25                                       By: _____
26                                          Carl Lindstrom
                                         Attorneys for Plaintiff
                                         SUSAN PEREZ

|                | [PROPOSED] ORDER |
|---|---|

1  [~~PROPOSED~~] ORDER

2  Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered that

3  the terms of this Stipulation are approved and adopted, and this action shall be dismissed and the

4  Parties may submit the claims to binding arbitration.

5  **THE FOREGOING STIPULATION**
   **IS APPROVED AND IS SO ORDERED.**

6

7

8  Dated: 9/16/2011                         *Paul S. Grewal*
                                            _____
9                                           United States ~~District Court~~ Judge
                                                            Magistrate

10

11

12  4823-9264-9226, v. 1